IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:12-cv-61016-JAL

DAVID WRIGHT, individually, and
on behalf of all others similarly situated,

       Plaintiff,

v.

THE BERKLEY GROUP INC.,
a Florida corporation,

       Defendant.

_____

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Defendant, The Berkley Group, Inc. ("Defendant"), by and through its undersigned counsel, hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

**1.** **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

    (a)    The Berkley Group, Inc., Defendant;

    (b)    R. Eric Bilik, Esq., Brian P. O'Meara, Esq., David L. Hartsell, Esq., Emily Y. Rottman, Esq., and McGuireWoods LLP, counsel for Defendant;

    (c)    Peebles Harrison, Esq. and Rose Harrison & Gilreath, P.C. counsel for Defendant;

    (d)    David Wright, Plaintiff;

(e) Scott D. Owens, Esq., Rafey S. Balabanian, Esq., Benjamin H. Richman, Esq., Christopher L. Dore, Esq., and Edelson McGuire LLC, counsel for Plaintiff and others similarly situated.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy proceedings:

Not applicable.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged wrongful, including every person who may be entitled to restitution:

Not applicable.

I certify that, except as disclosed as above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Dated: July 13, 2012

Respectfully submitted,

/s/ R. Eric Bilik
R. Eric Bilik (Fla. Bar No. 0987840)
ebilik@mcguirewoods.com
Emily Y. Rottmann (Fla. Bar No. 93154)
erottmann@mcguirewoods.com
MCGUIREWOODS LLP
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-3200
Facsimile: (904) 798-3207

and

2

*Of Counsel*

David L. Hartsell
dhartsell@mcguirewoods.com
Brian P. O'Meara
bomeara@mcguirewoods.com
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 849-8100
Facsimile: (312) 849-3690

*Attorneys and Trial Counsel for Defendant
The Berkley Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was electronically filed with the Clerk of the Court using the CM/ECF system on this 13th day of July, 2012. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF.

Scott D. Owens, Esq.
Scott@ScottDOwens.com
Law Office of Scott D. Owens, Esq.
664 E. Hallandale Beach Boulevard
Hallandale, Florida 33009
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

*Attorneys and Trial Counsel for Plaintiff David Wright*

Rafey S. Balabanian, Esq.
rbalabanian@edelson.com
Benjamin H. Richman, Esq.
brichman@edelson.com
Christopher L. Dore, Esq.
cdore@edelson.com
Edelson McGuire LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Attorneys and Trial Counsel for Plaintiff David Wright*

/s/ R. Eric Bilik
Attorney

\40571861.1