# **EXHIBIT A**

## JOINT PROPOSED SCHEDULING TIMELINE

| Scheduling Deadline | Event |
|---|---|
| **October 26, 2012** | Deadline to join additional parties or to amend pleadings |
| **November 2, 2012** | Deadline to file joint interim status report |
| **January 18, 2013** | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation |
| **December 14, 2012** | Deadline for Plaintiff to disclose expert witness(es) in support of motion for class certification |
| **December 28, 2012** | Deadline for Defendant to disclose rebuttal expert witness(es) in response to Plaintiff's motion for class certification |
| **January 18, 2013** | Deadline to complete class discovery |
| **February 22, 2013** | Deadline for Plaintiff to move for class certification |
| **90 days** after the Court's ruling on Plaintiff's motion for class certification | Deadline to complete facts/merits discovery |
| **90 days** after the Court's ruling on Plaintiff's motion for class certification | Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition |
| **90 days** after the Court's ruling on Plaintiff's motion for class certification | Deadline to disclose the identity of expert witnesses and to exchange expert witness summaries/ reports pursuant to Rule 26(a)(2), Fed. R. Civ. P. Rebuttal disclosures are permitted and shall comply with the deadline set forth in Rule 26(a)(2)(D)(ii), Fed. R. Civ. P. |
| **135 days** after the Court's ruling on Plaintiff's motion for class certification | Deadline for the filing of all dispositive motions |
| **140 days** after the Court's ruling on Plaintiff's motion for class certification | Deadline to complete mediation |
| **180 days** after the Court's ruling on Plaintiff's motion for class certification | Deadline to complete all expert discovery |
| **185 days** before | Deadline for the filing of pretrial motions, including |

| | |
|---|---|
| calendar call | motions *in limine*, and *Daubert* motions |
| **240 days** after the Court's ruling on Plaintiff's motion for class certification | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e), S.D. Fla., and pretrial disclosures pursuant to Rule 26(a)(3), Fed. R. Civ. P.<br><br>Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trail) pursuant to Local Rule 16.1(k) |
| **245 days** after the after the Court's ruling on Plaintiff's motion for class certification | Calendar Call |
| **250 days** after the after the Court's ruling on Plaintiff's motion for class certification | Two-week trial period commences |