FILING FEE PAID pro hac $300000 2906 Steven M. Larimore, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 0:12-cv-61016-JAL

DAVID WRIGHT, individually, and on
behalf of all others similarly situated,

    Plaintiff,

v.

THE BERKLEY GROUP, INC., a Florida
corporation,

    Defendant.
_____/



FILED BY DK D.C.
AUG 14 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brian P. O'Meara of the law firm of McGuireWoods LLP, 77 W. Wacker Drive, Suite 4100, Chicago, Illinois 60601, (312) 849-8100, for purposes of appearance as co-counsel on behalf of Defendant The Berkley Group, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Brian P. O'Meara to receive electronic filings in this case, and in support thereof states as follows:

    1.    Brian P. O'Meara is not admitted to practice in the Southern District of Florida and is a member in good standing of the (i) Illinois Bar, (ii) Indiana Bar, (iii) U.S. District Court for the Western District of Wisconsin, (iv) U.S. District Court for the Eastern District of Wisconsin, (v) U.S. District Court for the Western District of Michigan, (vi) U.S. District Court

for the Northern District of Illinois, (vii) U.S. District Court for the Central District of Illinois, (viii) U.S. District Court for the Southern District of Illinois, (ix) U.S. District Court for the Southern District of Indiana, (x) U.S. District Court for the Northern District of Indiana, (xi) U.S. Court of Appeals for the Sixth Circuit, and (xii) U.S. Court of Appeals for the Seventh Circuit.

2. Movant, R. Eric Bilik, Esquire of the law firm of McGuireWoods LLP, 50 N. Laura Street, Suite 3300, Jacksonville, Florida 32202, (904) 798-3200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the Local Rules of this Court, Brian P. O'Meara has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Brian P. O'Meara, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brian P. O'Meara at email address: bomeara@mcguirewoods.com.

WHEREFORE, Movant, R. Eric Bilik, moves this Court to enter an Order permitting Brian P. O'Meara to appear before this Court on behalf of Defendant The Berkley Group, Inc.

for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brian P. O'Meara.

Dated: August 13, 2012

                                      Respectfully submitted,

                                      _____
                                      R. Eric Bilik (Fla. Bar No. 0987840)
                                      ebilik@mcguirewoods.com
                                      Emily Y. Rottmann (Fla. Bar No. 93154)
                                      erottmann@mcguirewoods.com
                                      MCGUIREWOODS LLP
                                      50 North Laura Street, Suite 3300
                                      Jacksonville, FL  32202
                                      Telephone:  (904) 798-3200
                                      Facsimile:  (904) 798-3207

                                      and

                                      *Of Counsel*

                                      David L. Hartsell
                                      dhartsell@mcguirewoods.com
                                      Brian P. O'Meara
                                      bomeara@mcguirewoods.com
                                      MCGUIREWOODS LLP
                                      77 West Wacker Drive, Suite 4100
                                      Chicago, IL  60601-1818
                                      Telephone: (312) 849-8100
                                      Facsimile:  (312) 849-3690

                                      *Attorneys and Trial Counsel for Defendant The Berkley Group, Inc.*

3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 0:12-cv-61016-JAL

DAVID WRIGHT, individually, and on
behalf of all others similarly situated,

    Plaintiff,

v.

THE BERKLEY GROUP, INC., a Florida
corporation,

    Defendant.
_____/

**CERTIFICATION OF BRIAN P. O'MEARA**

Brian P. O'Meara, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the (i) Illinois Bar, (ii) Indiana Bar, (iii) U.S. District Court for the Western District of Wisconsin, (iv) U.S. District Court for the Eastern District of Wisconsin, (v) U.S. District Court for the Western District of Michigan, (vi) U.S. District Court for the Northern District of Illinois, (vii) U.S. District Court for the Central District of Illinois, (viii) U.S. District Court for the Southern District of Illinois, (ix) U.S. District Court for the Southern District of Indiana, (x) U.S. District Court for the Northern District of Indiana, (xi) U.S. Court of Appeals for the Sixth Circuit, and (xii) U.S. Court of Appeals for the Seventh Circuit.

_____
Brian P. O'Meara

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on August 13, 2012 to the following:

Scott D. Owens, Esq.
Scott@ScottDOwens.com
Law Office of Scott D. Owens, Esq.
664 E. Hallandale Beach Boulevard
Hallandale, Florida 33009
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

*Attorneys and Trial Counsel for Plaintiff David Wright*

Rafey S. Balabanian, Esq.
rbalabanian@edelson.com
Benjamin H. Richman, Esq.
brichman@edelson.com
Christopher L. Dore, Esq.
cdore@edelson.com
Edelson McGuire LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Attorneys and Trial Counsel for Plaintiff David Wright*

_____
Attorney

\40678329.1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 0:12-cv-61016-JAL

DAVID WRIGHT, individually, and on
behalf of all others similarly situated,

    Plaintiff,

v.

THE BERKLEY GROUP, INC., a Florida
corporation,

    Defendant.

_____

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Brian P. O'Meara, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Brian P. O'Meara may appear and participate in this action on behalf of Defendant The Berkley Group, Inc. The Clerk shall provide electronic notification of all electronic filings to Brian P. O'Meara at bomeara@mcguirewoods.com.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida this ____ day of _____, 2012.

                                                      _____
                                                      United States District Judge

Copies furnished to:

R. Eric Bilik, Esq.
Scott D. Owens, Esq.
Rafey S. Balabanian, Esq.
Benjamin H. Richman, Esq.
Christopher L. Dore, Esq.

41294604_1.DOC

2