UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61016-CIV-ROSENBAUM/SELTZER

DAVID WRIGHT,

        Plaintiff,

v.

THE BERKLEY GROUP, INC.,

        Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

This matter is before the Court on the Motion to Appear Pro Hac Vice Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Brian P. O'Meara [D.E. 17] pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. The Court notes that Mr. O'Meara has paid a $75.00 fee, which covers *pro hac vice* admission in this case only. Mr. O'Meara has also certified that he has studied the Local Rules of this Court and that he is a member in good standing of the Illinois Bar; Indiana Bar; United States District Courts for the Western District of Wisconsin, the Eastern District of Wisconsin, the Western District of Michigan, the Northern District of Illinois, the Central District of Illinois, the Southern District of Illinois, the Southern District of Indiana, and the Northern District of Indiana; and the United States Court of Appeals for the Seventh Circuit.

Having considered the Motion and all other relevant factors, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Brian P. O'Meara may appear and participate in this

action on behalf of Defendant The Berkley Group, Inc. The Clerk shall provide electronic notification of all electronic filings to Brian P. O'Meara, bomeara@bcguirewoods.com.

**DONE and ORDERED** this 15th day of August 2012.

*[signature]*
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

copies:   The Honorable Barry S. Seltzer
Counsel of Record