UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 0:12-cv-61016-RSR

DAVID WRIGHT, individually, and on
behalf of all others similarly situated,

       Plaintiff,

v.

THE BERKLEY GROUP, INC., a
Florida corporation,

       Defendant.

_____

**DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF A
STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY
OF PRIVILEGED INFORMATION PRODUCED IN DISCOVERY
WITH SUPPORTING MEMORANDUM OF LAW**

Pursuant to Federal Rule of Civil Procedure ("Rule") 26(c), Defendant The Berkley Group, Inc. ("Defendant"), by and through its undersigned counsel, moves this Court for the entry of the proposed Protective Order, which has been endorsed by counsel of record for all of the parties.

**MEMORANDUM OF LAW**

Rule 26(c) provides that the Court may enter a protective order for good cause shown. Fed. R. Civ. P. 26; *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 355-57 (11th Cir. 1987). As good cause for this motion, the Defendants state the following:

1.    Plaintiff, David Wright ("Plaintiff"), has filed the above-captioned action against Defendant for, *inter alia*, violation of the Telephone Consumer Protection Act (the "TCPA") and breach of contract.

2. Much of the discovery that will be relevant to issues raised in the underlying action (i) will be confidential in nature and not otherwise available to anyone other than the producing party, and/or (ii) contains or relates to sensitive non-public information of the parties or of non-party individuals, including but not limited to personal, personal identifying, financial, business, commercial, other information the disclosure of which would breach a legal, statutory, or contractual obligation without the protection afforded by the proposed Protective Order, and which is information otherwise subject to protection under Rule 26(c) and other applicable law and rules of evidence.

3. A protective order is needed to expedite the flow of discovery material, preserve the integrity of truly confidential information, promote the prompt resolution of disputes over confidentiality, and facilitate the preservation of material worthy of protection.

4. The proposed Protective Order has been negotiated and stipulated to by all the parties to this action and strikes a proper balance between the legitimate needs of the parties for confidentiality and the need for disclosure.

WHEREFORE, Defendant The Berkley Group, Inc. requests that the Court enter the Protective Order attached hereto.

### CERTIFICATION OF GOOD FAITH CONFERENCE

I hereby certify that counsel for The Berkley Group, Inc. has conferred with all parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised by this motion, and that counsel for Plaintiff David Wright has no objection to the relief requested herein.

Dated:  August 23, 2012

Respectfully submitted,

/s/ Emily Y. Rottmann
R. Eric Bilik (Fla. Bar No. 0987840)
ebilik@mcguirewoods.com
Emily Y. Rottmann (Fla. Bar No. 093154)
erottmann@mcguirewoods.com
MCGUIREWOODS LLP
50 North Laura Street, Suite 3300
Jacksonville, FL  32202
Telephone:  (904) 798-3200
Facsimile:  (904) 798-3207

and

Brian P. O'Meara
bomeara@mcguirewoods.com
*(Admitted Pro Hac Vice)*
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL  60601-1818
Telephone: (312) 849-8100
Facsimile:  (312) 849-3690

and

M. Peebles Harrison
Peebles @outbankslaw.com
*(Pro Hac Vice Admission Pending)*
ROSE HARRISON & GILREATH, P.C.
700 Blue Jay Street, Suite 1
Kill Devil Hills, NC  27948
Telephone: (252) 480-1414
Facsimile:  (252) 480-1765

and

*Of Counsel*

David L. Hartsell
dhartsell@mcguirewoods.com
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL  60601-1818
Telephone: (312) 849-8100
Facsimile:  (312) 849-3690

*Attorneys and Trial Counsel for Defendant
The Berkley Group, Inc.*

3

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on August 23, 2012. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF.

Scott D. Owens, Esq.
Scott@ScottDOwens.com
Law Office of Scott D. Owens, Esq.
664 E. Hallandale Beach Boulevard
Hallandale, Florida 33009
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

*Attorneys and Trial Counsel for Plaintiff David Wright*

Rafey S. Balabanian, Esq.
rbalabanian@edelson.com
Eve-Lynn J. Rapp, Esq.
erapp@edelson.com
Edelson McGuire LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Attorneys and Trial Counsel for Plaintiff David Wright*

                                                */s/ Emily Y. Rottmann*
                                                R. Eric Bilik

41350971_1.DOC