**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.  **12-61016-CIV-ROSENBAUM/SELTZER**

DAVID WRIGHT, individually, and on
behalf of all others similarly situated,

   Plaintiff,

v.

THE BERKLEY GROUP, INC.,

   Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

  This matter is before the Court on the Motion of M. Peebles Harrison seeking to appear pro hac vice as co-counsel for Defendant The Berkley Group, Inc. [D.E. 19].  The Court notes that Mr. Harrison has paid a $75.00 fee, which covers pro hac vice admission in this case only.  Mr. Harrison has also certified that he has studied the Local Rules of this Court.

  Having considered the Motion and the accompanying Certification of Mr. Harrison, the Court hereby **GRANTS** the Motion to Appear Pro Hac Vice.  [D.E. 19].  The Clerk shall provide Notices of Electronic Filing in this case to Mr. Harrison at peebles@outerbankslaw.com.

  The Court reserves the power to withdraw permission to appear pro hac vice at any time before or during trial.  Failure to abide by any Court Order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status.  Local counsel must be

prepared to represent Defendant adequately at any time, including at trial.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 22nd day of August 2012.

_____
ROBIN S. ROSENBAUM
UNITED STATED DISTRICT JUDGE

Copies to:

Counsel of record