UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID WRIGHT, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>THE BERKLEY GROUP, INC. a Florida corporation,<br><br>Defendant. | Case No. 12-CV-61016<br><br>The Honorable Robin S. Rosenbaum |

**STIPULATION TO EXTEND DEADLINE TO
JOIN ADDITIONAL PARTIES AND AMEND PLEADINGS**

Plaintiff David Wright ("Plaintiff" or "Wright") and Defendant The Berkley Group, Inc. ("Defendant") (jointly, "the Parties"), hereby stipulate and respectfully move the Court to extend the presently scheduled deadline to join additional parties and to amend pleadings from September 28, 2012 to October 26, 2012. In support of this request, the Parties hereby stipulate as follows:

WHEREAS, on May 25, 2012, Plaintiff filed his putative class action Complaint against Defendant alleging that Defendant's practice of making unsolicited telemarketing calls *en mass* to consumers nationwide constituted a breach of contract and violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 (Dkt. 1);

1

WHEREAS, on July 13, 2012, Defendant filed its Answer and Affirmative Defenses, denying that it engaged in any unlawful conduct and stating that "Defendant did not make the alleged calls." (Dkt. 11);

WHEREAS, on August 2, 2012, the Parties filed their Joint Discovery Plan and Conference Report stating that "in light of Defendant's Answer, and after a period of discovery, additional parties may need to be joined to this action." (Dkt. 16);

WHEREAS, on August 20, 2012, the Parties exchanged their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A), in which Defendant identified a non-party, Vacation Ownership Marketing Tours, Inc., as one of its marketing business partners;

WHEREAS, Plaintiff believes that, based on Defendant's initial disclosures, it is necessary to amend the Complaint to join additional parties who are involved in the challenged conduct;

WHEREAS, on August 22, 2012, the Court entered a Scheduling Order setting the deadline to join additional parties and to amend pleadings to September 28, 2012;

WHEREAS, on August 27, 2012, Plaintiff propounded his First Set of Interrogatories, First Set of Request for Production and First Set of Requests to Admit on Defendant ("Discovery Requests"), seeking further information about, *inter alia*, The Berkley Group Inc.'s marketing relationship with Vacation Ownership Marketing Tours, Inc., and others who may potentially be involved in the challenged conduct;

WHEREAS, Defendant's responses to the Discovery Requests are currently due on September 26, 2012, but Defendant has expressed that it might need additional time to respond to Plaintiff's Discovery Requests;

WHEREAS, the Parties agree that a twenty-eight (28) day extension of the deadline to join additional parties and to amend pleadings is necessary to allow Plaintiff sufficient time to review Defendant's discovery responses and determine whether it is necessary to join additional parties to this lawsuit; and

WHEREAS, the requested extension of the deadline to join additional parties and to amend pleadings is made for good cause and will not cause undue delay.

NOW THEREFORE, the Parties request and hereby stipulate and agree to the following:

1. The deadline to join additional parties and to amend pleadings shall be extended, subject to the Court's approval, twenty-eight (28) days to October 26, 2012.

Dated: September 18, 2012                    Respectfully submitted,

By:    /s/ Rafey S. Balabanian_____
Rafey S. Balabanian (*Pro Hac Vice*)
Eve-Lynn J. Rapp (*Pro Hac Vice*)
Edelson McGuire, LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
rbalabanian@edelson.com
erapp@edelson.com

Scott D. Owens (Fla. Bar No. 0597651)
Law Office of Scott D. Owens, Esq.
664 E. Hallandale Beach Boulevard
Hallandale, Florida 33009
Scott@ScottDOwens.com

*Attorneys for Plaintiff and the putative class*

Dated: September 18, 2012                                  Respectfully submitted,


                                                 By:     /s/ Brain P. O'Meara
                                                      Brian P. O'Meara (*Pro Hac Vice*)
                                                        McGuire Woods, LLP
                                                        77 West Wacker Drive, Suite 1400
                                                        Chicago, Illinois 60601
                                                        Tel: (312) 849-8100
                                                        Fax: (312) 849-3690
                                                        bomeara@mcguirewoods.com

                                                        R. Eric Bilik (Fla. Bar No. 0987840)
                                                        Emily Y. Rottman (Fla. Bar No. 93154)
                                                        McGuire Woods, LLP
                                                        50 North Laura Street, Suite 3300
                                                        Jacksonville, Florida 32202
                                                        Tel: (904) 798-3200
                                                        Fax: (904) 798-3207
                                                        ebilik@mcguirewoods.com

                                                        *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I, Scott D. Owens, an attorney, hereby certify that on September 18, 2012, I served the above and foregoing ***Stipulation to Extend Deadline to Join Additional Parties and Amend Pleadings***, by causing true and accurate copies of such papers to be sent to all counsel of record via the Court's CM/ECF system.

                                                    By: /s/ Scott D. Owens_____