UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID WRIGHT, individually and on behalf of a class of similarly situated individuals,<br><br>  Plaintiff,<br><br>  v.<br><br>THE BERKLEY GROUP, INC. a Florida corporation,<br><br>  Defendant. | Case No. 12-CV-61016<br><br>The Honorable Robin S. Rosenbaum |

## JOINT MOTION TO EXTEND SCHEDULING DEADLINES

Plaintiff David Wright ("Plaintiff" or "Wright") and Defendant The Berkley Group, Inc. ("Defendant") (jointly, "the Parties"), hereby respectfully and jointly move the Court to extend the scheduling deadlines set forth in the Court's August 22, 2012 Scheduling Order and Order of Referral to Mediation (the "Scheduling Order"). (Dkt. 20.) In support of their Joint Motion, the Parties state as follows:

1. On May 25, 2012, Plaintiff filed his putative class action Complaint against Defendant alleging that Defendant's practice of making unsolicited telemarketing calls *en mass* to consumers nationwide constituted a breach of contract and violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227. (Dkt. 1.)

2. On July 13, 2012, Defendant filed its Answer and Affirmative Defenses, denying that it engaged in any unlawful conduct and stating that "Defendant did not make the alleged calls." (Dkt. 11.)

1

3. On August 2, 2012, the Parties filed their Joint Discovery Plan and Conference Report, agreeing to bifurcate class and merits discovery and further stating that "in light of Defendant's Answer, and after a period of discovery, additional parties may need to be joined to this action." (Dkt. 16.)

4. On August 20, 2012, the Parties exchanged their Initial Disclosures pursuant to Fed. R. Civ. P. 26, in which Defendant identified a non-party, Vacation Ownership Marketing Tours, Inc., as one of its marketing business partners.

5. On August 22, 2012, the Court entered its Scheduling Order, setting forth various deadlines related to discovery, motion practice, mediation, and trial. (Dkt. 20.) Amongst others, the Court's Scheduling Order set the deadline to complete class and merits discovery to November 16, 2012 and May 10, 2013, respectively. (*Id.*) Additionally, in preparation for Plaintiff's Motion for Class Certification, the Court set the deadline for Plaintiff and Defendant to disclose their expert and rebuttal witnesses in support of class certification to October 12, 2012 and October 26, 2012, respectively. (*Id.*)

6. Less than a week after the Court entered the Scheduling Order and the Parties exchanged their Initial Disclosures, on August 27, 2012, Plaintiff propounded his First Set of Interrogatories, First Set of Request for Production and First Set of Requests to Admit on Defendant ("Discovery Requests"), seeking further information about, *inter alia*, The Berkley Group Inc.'s marketing relationship with Vacation Ownership Marketing Tours, Inc., and other third parties who may potentially be involved in the challenged conduct.

7. While Defendant's discovery responses were originally due on October 1, 2012, Defendant expressed that it would need additional time to respond to Plaintiff's Discovery Requests and Plaintiff agreed to provide Defendant with a two-week extension—until October

2

15, 2012—to respond to Plaintiff's Interrogatories and Request for Production. Additionally, Plaintiff agreed to postpone the deadline for Defendant to respond to his Request to Admit until November 5, 2012.

8. As a result of the Parties' agreement to extend the deadline to respond to discovery, on September 18, 2012, the Parties field a Joint Motion for Extension of Time to Amend Pleadings and Join Additional Parties ("Motion to Extend"), requesting that the Court extend the deadline to join additional parties and to amend the pleadings twenty-eight (28) days so that Plaintiff could have sufficient time to review Defendant's discovery responses and determine whether it was necessary to join additional parties to this Action. (Dkt. 25.)

9. On September 20, 2012, the Court granted the Parties' Motion to Extend and reset the deadline to join additional parties and to amend the pleadings to October 28, 2012. (Dkt. 26.)

10. While the Parties have diligently litigated this case to date, as Defendant's discovery responses are not due until October 15, 2012, it is likely that Plaintiff will file an amended complaint on or before October 28, 2012, and the Parties' deadlines to disclose their expert witnesses in support and opposition to class certification will expire before the currently set deadline passes, an extension of the currently set scheduling deadlines is necessary. As such, the Parties respectfully request that the Court amend its Scheduling Order consistent with the Parties Joint Proposed Modified Scheduling Timeline, which is attached hereto as Exhibit A.

11. The Parties agree that extending the currently scheduled deadlines will further the full and fair discovery of this case, that the Motion is made for good cause, and that the Motion will not cause undue delay.

**CONCLUSION**

WHEREFORE, the Parties jointly request that the Court enter an Order (1) striking the Court's previously set Scheduling Order, and (2) extending the currently set scheduling deadlines to dates consistent with those set forth in the Parties Joint Proposed Modified Scheduling Timeline, as well as their Proposed Order.[1]

Dated: October 8, 2012                                  Respectfully submitted,

                                                        By:   /s/ Rafey S. Balabanian
                                                        Rafey S. Balabanian (*Pro Hac Vice*)
                                                        Eve-Lynn J. Rapp (*Pro Hac Vice*)
                                                        Edelson McGuire, LLC
                                                        350 North LaSalle, Suite 1300
                                                        Chicago, Illinois 60654
                                                        Tel: (312) 589-6370
                                                        Fax: (312) 589-6378
                                                        rbalabanian@edelson.com
                                                        erapp@edelson.com

                                                        Scott D. Owens (Fla. Bar No. 0597651)
                                                        Law Office of Scott D. Owens, Esq.
                                                        664 E. Hallandale Beach Boulevard
                                                        Hallandale, Florida 33009
                                                        Scott@ScottDOwens.com

                                                        *Attorneys for Plaintiff and the putative class*

Dated: October 8, 2012                                  Respectfully submitted,

                                                        By:   /s/ Brain P. O'Meara
                                                        Brian P. O'Meara (*Pro Hac Vice*)
                                                        McGuire Woods, LLP
                                                        77 West Wacker Drive, Suite 1400
                                                        Chicago, Illinois 60601

---

[1] The Parties' Joint Proposed Order is attached hereto as Exhibit B.

4

Tel: (312) 849-8100
Fax: (312) 849-3690
bomeara@mcguirewoods.com

R. Eric Bilik (Fla. Bar No. 0987840)
Emily Y. Rottman (Fla. Bar No. 93154)
McGuire Woods, LLP
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
Tel: (904) 798-3200
Fax: (904) 798-3207
ebilik@mcguirewoods.com
erottmann@mcguirewoods.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  I, Scott D. Owens, an attorney, hereby certify that on October 8, 2012, I served the above and foregoing ***Joint Motion to Extend Scheduling Deadlines***, by causing true and accurate copies of such papers to be sent to all counsel of record via the Court's CM/ECF system.


                By: /s/ Scott D. Owens